UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MALIBU MEDIA, LLC,

                    Plaintiff,

        vs.

MATTHEW ROGERS,

                    Defendant.
---------------------------------------------------------------X

Case No. 1:19-cv-00967-NAM-ML

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until January 20, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 6th day of January, 2020

By: _____
Miroslav Lovric
U.S. Magistrate Judge

1