UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
| Plaintiff, | )  Civil Case No.:  1:19-cv-00967-NAM-ML<br>) |
| v. | )  Judge:  Norman A. Mordue<br>) |
| MATTHEW ROGERS, | )<br>) |
| Defendant. | )<br>) |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Matthew Rogers subscriber assigned IP address 104.228.23.120 ("Defendant") through his counsel, Robert Z. Cashman, Esq..  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: January 28, 2020               Respectfully submitted,

                               By:    /s/ *Kevin T. Conway*
                                      Kevin T. Conway, Esq.
                                      NNY Bar No. 701143
                                      80 Red Schoolhouse Road, Suite 110
                                      Spring Valley, New York 10977
                                      T: 845-352-0206
                                      F: 845-352-0481
                                      E-mail: ktcmalibu@gmail.com
                                      *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ Kevin T. Conway, Esq.
                                                Kevin T. Conway, Esq.