AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:19-CV-0967 | DATE FILED<br>8/7/2019 | U.S. District Court New York Northern<br>James M. Hanley Building<br>P.O. Box 7367, 100 S. Clinton St.<br>Syracuse, NY 13261-7367 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Doe infringer using IP address 104.228.23.120 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☒ No | 1/29/2020 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John M. Domurad | *[signature]* | 1/29/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 104.228.23.120

**ISP:** Spectrum
**Location:** Hudson, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Kate Pole Dance and Sex Show | PA0002181486 | 05/28/2019 | 06/17/2019 | 05/30/2019 |
| In Love with Leanne | PA0002175559 | 05/14/2019 | 05/20/2019 | 05/24/2019 |
| One Romantic Evening of Hot Sex | PA0002154467 | 01/11/2019 | 01/24/2019 | 01/24/2019 |
| In Love or Lust | PA0002154465 | 01/08/2019 | 01/24/2019 | 01/23/2019 |
| Fashion Model Private Strip Tease | PA0002154461 | 01/07/2019 | 01/24/2019 | 01/18/2019 |

**Total Malibu Media, LLC Copyrights Infringed: 5**

EXHIBIT B

NNY60

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

                              Plaintiff,

    vs.                                   1:19-CV-0967 (NAM/ML)

MATTHEW ROGERS,

                              Defendant.

## ORDER OF DISMISSAL BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled (Dkt. No. 17). A review of the Court's docket indicates that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y. L.R. 68.2(a), it is hereby

    ORDERED as follows:

(1) The above-captioned case is hereby dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within thirty (30) days of the date of this Order if the settlement is not consummated.

(2) Any application to reopen this case must be filed within thirty (30) days of the date of this Order. An application to reopen filed after the expiration of that thirty-day period, unless it is extended by the Court prior to its expiration, may be summarily denied solely on the basis of untimeliness.

(3) If the parties wish for the Court to retain ancillary jurisdiction for the purpose of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement, or submit the agreement to the Court for incorporation of its terms into an Order retaining jurisdiction, within the above referenced thirty (30) day for reopening this matter.

(4) The dismissal of the above-captioned action shall become with prejudice on the thirty-first day following the date of this Order, unless any party moves to reopen this case within thirty (30) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the thirty (30) day period prior to its expiration.

(5) The Clerk of the Court is respectfully directed to close this case and forward a copy of this Order to the parties pursuant to the Court's local rules.

Dated: January 29, 2020
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge